COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE REGARDING DOCUMENTS FILED IN CASE
STAYED FOR BANKRUPTCY

Appellate case name:    Supply Pro, Inc. and Harmon K. Fine, Individually v. Ecosorb
                        International, Inc., d/b/a Biocel Technologies

Appellate case number:  01-15-00621-CV

Trial court case number:  2012-24524

Trial court:            11th District Court of Harris County

This appeal is stayed pursuant to the Notice of Bankruptcy that appellant Harmon K. Fine filed in this Court on July 10, 2017, stating that a petition for relief was filed for him in the United States Bankruptcy Court for the Southern District of Texas, Houston Division on July 9, 2017 in in *In re Harmon Kenneth Fine*, Case No. 17-34240. *See* 11 U.S.C. § 362(a) (2000) (automatic stay in bankruptcy). Until the parties notify the Court that the Bankruptcy has concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2 (providing bankruptcy suspends "the appeal" from date bankruptcy petition was filed until court reinstates or severs appeal in accordance with federal law); *see also Budzyn v. Citibank (S.D.), N.A.*, No. 01–08–00211–CV, 2010 WL 2044628, at *1 (Tex. App.—Houston [1st Dist.] May 19, 2010, no pet.) (staying "entire appeal").

Unless a party successfully moves to reinstate the appeal or sever the appeal with respect to the bankrupt party, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd _____
                        ☑ Acting individually    ☐ Acting for the Court

Date:               July 18, 2017 _____